OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401603 NOV 09 2015

**11/3/2015**
**DOSTER, JUSTIN MANCE** Tr. Ct. No. 1240414-C **WR-81,162-03**
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

JUSTIN MANCE DOSTER
P.O. BOX 1033
MANVEL, TX 77578

U T F